**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6077**

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

   v.

JOSIAH JOHN WEISS, a/k/a Malachi Sivad,

       Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:15-cr-00354-TSE-1)

Submitted:  June 29, 2021                    Decided:  July 2, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Josiah John Weiss, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josiah John Weiss appeals the district court's order denying his motion to file an appeal out of time. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Weiss*, No. 1:15-cr-00354-TSE-1 (E.D. Va. Dec. 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*